GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH RODRIGUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: C-09-01207 JCS<br><br>**STIPULATION TO LIMIT DAMAGES**<br><br>Complaint Filed: September 19, 2008 |

    Plaintiff EDITH RODRIGUEZ and her attorney, Matthew D. Haley, Esq. of The Haley Law Offices, P.C., agree as follows:

    1.    Plaintiff Edith Rodriguez agrees not to seek damages for, nor collect any judgment in excess of $74,999.99, exclusive of interest and costs in this action.

    2.    The Federal Court no longer having jurisdiction over this claim, the matter will be remanded to State Court for all further proceedings.

    3.    Plaintiff's agreement to limit her claim for damages will be binding in the State Court action after remand.

DATED: June 15, 2009

By: _____
    EDITH RODRIGUEZ
    Plaintiff

-1-

STIPULATION TO LIMIT DAMAGES – Case No.: C-09-01207 JCS

```
 1  DATED: June 2, 2009              THE HALEY LAW OFFICES, P.C.
 2
 3                                   By: _____
 4                                       MATTHEW D. HALEY, ESQ.
                                         Attorney for Plaintiff
 5                                       EDITH RODRIGUEZ
 6
 7  DATED: June 2, 2009              BOORNAZIAN, JENSEN & GARTHE
                                     A Professional Corporation
 8
 9                                   By: _____
10                                       GAIL C. TRABISH, ESQ.
                                         Attorneys for Defendant
11                                       TARGET STORES, a division of
                                         Target Corporation, erroneously sued
12  25806\465586                          herein as Target Corporation
13
14
15  Dated: June 19, 2009
```

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

STIPULATION TO LIMIT DAMAGES – Case No.: C-09-01207 JCS

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **STIPULATION TO LIMIT DAMAGES,** addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Matthew D. Haley, Esq.<br>The Haley Law Offices, P.C.<br>1633 San Pablo Avenue<br>Oakland, CA 94612-1505<br>(510) 444-1881 Phone<br>(510) 444-5108 Fax | **Attorneys for Plaintiff EDITH RODRIGUEZ** |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on June 18, 2009.

_____
ALEXINE BRAUN

25806\465586

-3-

STIPULATION TO LIMIT DAMAGES – Case No.: C-09-01207 JCS