1  GAIL C. TRABISH, ESQ. (#103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  P. O. Box 12925
   Oakland, CA  94604-2925
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Defendant
6  TARGET STORES, a division
   of Target Corporation, erroneously
7  sued herein as Target Corporation

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11  EDITH RODRIGUEZ,                    )    Case No.:  C-09-01207 JCS
                                        )
12           Plaintiff,                 )    [~~PROPOSED~~] ORDER REGARDING
                                        )    REMAND TO STATE COURT
13  vs.                                 )
                                        )
14  TARGET CORPORATION, and DOES 1-50,  )
    inclusive,                          )
15                                      )    Complaint Filed:  September 19, 2008
             Defendants.                )
16  _____)

17       Pursuant to the stipulation of the parties limiting damages,

18       IT IS HEREBY ORDERED:

19       1.    That the above captioned matter is remanded to Alameda County Superior Court.

20

21  DATED:  June 19, 2009

22
                                        By: _____
23                                           U.S. ~~MAGISTRATE~~ JUDGE
                                             ~~JAMES~~ C. SPERO
24  25806\465594                             JOSEPH

-1-

ORDER REGARDING REMAND TO STATE COURT – Case No.:  C-09-01207 JCS

## CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **[PROPOSED] ORDER REGARDING REMAND TO STATE COURT,** addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Matthew D. Haley, Esq.<br>The Haley Law Offices, P.C.<br>1633 San Pablo Avenue<br>Oakland, CA  94612-1505<br>(510) 444-1881  Phone<br>(510) 444-5108  Fax | **Attorneys for Plaintiff EDITH RODRIGUEZ** |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on June 18, 2009.

_____
ALEXINE BRAUN

25806\465594

-2-

ORDER REGARDING REMAND TO STATE COURT – Case No.: C-09-01207 JCS